No. 516. OHIO OIL CO. *v.* UNITED STATES. C. C. A. 10th. Certiorari denied. *W. Hume Everett, Harold H. Healy, A. M. Gee* and *Hal W. Stewart* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Marvin J. Sonosky* for the United States.

No. 520. WABASH RAILROAD CO. *v.* HAMPTON, ADMINISTRATRIX. Supreme Court of Missouri. Certiorari denied. *Joseph A. McClain, Jr.* and *Sam B. Sebree* for petitioner. *Walter A. Raymond* for respondent. ■

No. 470. CLARK *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Lloyd Paul Stryker* for petitioner. *Solicitor General Perlman, H. G. Morison, Paul A. Sweeney, Harry I. Rand* and *Edgar T. Fell* for the United States.

No. 244, Misc. ANDERSON *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 252, Misc. ERNEST *v.* RAGEN, WARDEN. Criminal Court of Cook County, Circuit Court of Will County, and Supreme Court of Illinois. Certiorari denied.

No. 285, Misc. SKENE *v.* RAGEN, WARDEN. Circuit Court of Kane County, Illinois. Certiorari denied.

No. 301, Misc. GUTKOWSKY *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 308, Misc. GUNN *v.* STEWART, WARDEN. Supreme Court of Missouri. Certiorari denied.